**1142**

■

**In the Matter of P. Jules PATT**

**Petition for Reinstatement.**

**No. 401 Disciplinary Docket No. 3.**

Supreme Court of Pennsylvania.

April 27, 2005.

*ORDER*

PER CURIAM.

AND NOW, this 27th day of April, 2005, upon consideration of the Report and Recommendations of the Disciplinary Board dated February 2, 2005, the Petition for Reinstatement is GRANTED.

Pursuant to Rule 218(e), Pa.R.D.E., petitioner is directed to pay the expenses incurred by the Board in the investigation and processing of the Petition for Reinstatement.

■

**OFFICE OF DISCIPLINARY COUNSEL, Petitioner,**

v.

**H. Beatty CHADWICK, Respondent.**

**No. 292 Disciplinary Docket No. 3.**

Supreme Court of Pennsylvania.

April 27, 2005.

*ORDER*

PER CURIAM.

AND NOW, this 27th day of April, 2005, upon consideration of the Report and Recommendations of the Disciplinary Board dated February 7, 2005, the Petition for Review and response thereto, the Petition for Review is denied, and it is hereby

ORDERED that H. BEATTY CHADWICK be and he is SUSPENDED from the Bar of this Commonwealth for a period of five years, and he shall comply with all the provisions of Rule 217, Pa.R.D.E.

It is further ORDERED that respondent shall pay costs to the Disciplinary Board pursuant to Rule 208(g), Pa.R.D.E.